UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THERESA WENZEL,<br><br>　　　　　　　　　Plaintiff,<br>　v.<br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　　　　　Defendants. | Case No. 3:13-cv-00074-MMD-WGC<br><br>ORDER |

Before the Court is plaintiff's application for a status check as to the disposition of this matter pursuant to Local Rule 7-6(b). (*See* attached.) There are several fully briefed matters pending before the Court, including the Commissioner's Objection to the Magistrate Report & Recommendation which was fully briefed on May 4, 2015. The Court disposes of pending civil motions in chronological order, except for those motions that require disposition on an expedited basis. The Court is working on motions submitted after February 28, 2015, and will be moving through them chronologically. The pending matters in this case do not fall within the category that requires expedited disposition and will therefore be decided in the order of pending motions in civil cases.

DATED THIS 9th day of December 2015.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
**ROHLFING & KALAGIAN, LLP**
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802

TELEPHONE (562)437-7006
FACSIMILE (562)432-2935
E-MAIL rohlfing.kalagian@rksslaw.com
http://www.rksslaw.com

LAWRENCE D. ROHLFING
MARC V. KALAGIAN

DENISE BOURGEOIS HALEY
YOUNG CHO
BRIAN C. SHAPIRO, M.A.
LAURA KRANK
STEVEN G. ROSALES
VIJAY J. PATEL
MONICA PERALES

RONALD L. SIEVERS, of counsel
BARBARA GEDANKE, retired

AVAILABLE BY APPOINTMENT AT:

Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway Suite C115
Santa Fe Springs, CA 90670
TELEPHONE: ((562)868-5886
FACSIMILE: (562)868-5491
E-MAIL rohlfing.office@rohlfinglaw.com
http://californiasocialsecurityattorney.com

Law Offices of Lawrence D. Rohlfing
1500 Palma Drive, #257
Ventura, CA 93003
TELEPHONE: ((562)868-5886
FACSIMILE: (562)868-5491
E-MAIL: rohlfing.office@rohlfinglaw.com
http://californiasocialsecurityattorney.com

**PLEASE RESPOND TO
LONG BEACH**

November 24, 2015

The Honorable Miranda Du
United States District Court
District of Nevada
400 S. Virginia Street
Reno, NV 89501

    Re:  Theresa Wenzel v. Carolyn W. Colvin
    USDC No:  CV 13-00074-MMD-WGC
    Submission Date:  May 4, 2015

Dear Judge Du:

    Pursuant to Local Rule 7-6, this letter serves to inquire about the status of the captioned matter.

    Thank you for your attention and cooperation. Should you wish to discuss the matter telephonically, please do not hesitate to call me or my assistant, Suzan Ramirez.

                  Very truly yours,

                  *Marc V. Kalagian*
                  Marc V. Kalagian
                  Attorney at Law

MVK:MP

cc:    Heather M. Moss via email to heather.moss@ssa.gov

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 211 East Ocean Boulevard, Suite 420, Long Beach, CA 90802. On November 24, 2015, I served the foregoing document described as Local Rule 7-6 Inquire to Special Assistant United States Attorney Heather Moss by placing a true copy as an attachment in an email addressed as follows:

heather.moss@ssa.gov

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Marc V. Kalagian                                   /S/ Marc V. Kalagian
TYPE OR PRINT NAME                                 SIGNATURE