AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

THERESA WENZEL,

     Plaintiff,     JUDGMENT IN A CIVIL CASE

V.

               CASE NUMBER:  **3:13-cv-00074-MMD-WGC**

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

     Defendant.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that the Report and Recommendation (ECF No. 23) is accepted and adopted in full. Plaintiff's Motion for Reversal and/or Remand (ECF No. 15) is granted. Defendant Commissioner Carolyn W. Colvin's Cross-Motion to Affirm (ECF No. 18) is denied. This matter is remanded to the ALJ for further proceedings.

  August 15, 2016                                                        **LANCE S. WILSON**
                                                                                                   Clerk

                                                                                       /s/ D. R. Morgan
                                                                                        Deputy Clerk